|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | HAROLD L. ARMSTRONG, | |
| 11 | Plaintiff, | No. CIV-S 06-1418 MCE PAN P |
| 12 | vs. | |
| 13 | WELLS FARGO BANK, N.A. | |
| 14 | Defendant. | ORDER |
| 15 | _____/ | |

16    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19 plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20 certified copy of his prison trust account statement for the six month period immediately

21 preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22 opportunity to submit a completed in forma pauperis application and a certified copy in support

23 of his application.

24 /////

25 /////

26 /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 21, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/001
arms1418.3c+new