IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

      Plaintiff,

  v.

WELLS FARGO BANK N.A.,

      Defendant.
                                /

No. 2:06-cv-1418-MCE-EFB-PS

ORDER

      By order dated December 18, 2006, plaintiff's request to proceed *in forma pauperis* on appeal was denied. Plaintiff has filed a document opposing that order. To the extent plaintiff's opposition may be construed as a request for reconsideration of that order, it is denied.

      Although motions to reconsider are directed to the sound discretion of the court, *Frito-Lay of Puerto Rico, Inc. v. Canas*, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of judicial economy weigh heavily in the process. Thus Local Rule 78-230(k) requires that a party seeking reconsideration of a district court's order must brief the "new or different facts or circumstances [which] were not shown upon such prior motion, or what other grounds exist for the motion."

///

1

1 | The rule derives from the "law of the case" doctrine which provides that the decisions on legal
2 | issues made in a case "should be followed unless there is substantially different evidence . . . new
3 | controlling authority, or the prior decision was clearly erroneous and would result in injustice."
4 | *Handi Investment Co. v. Mobil Oil Corp.*, 653 F.2d 391, 392 (9th Cir. 1981); *see also Waggoner*
5 | *v. Dallaire*, 767 F.2d 589, 593 (9th Cir. 1985), *cert. denied*, 475 U.S. 1064 (1986).

Plaintiff seeks reconsideration of this court's order denying his request to proceed on appeal *in forma pauperis*. Plaintiff has presented no new evidence or authority in support of his motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 3, 2007, request for reconsideration of this court's December 18, 2006, order is denied.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE